```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Harley Hendrix,                    :
                                   :
                                   :      21 CV 4527 (LAP)
                    Plaintiff(s), :
                                   :         ORDER
       -against-                   :
                                   :
Cipriani USA, Inc, et al.,         :
                                   :
                                   :
                    Defendant(s). :
                                   :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than September 15, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*
_____
LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: September 8, 2021

New York, New York