UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARLEY HENDRIX,

                Plaintiff,

 -against-

CIPRIANI USA, INC., et al.,

                Defendants.

No. 21-CV-4527 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall appear on Monday, December 20, 2021 at 2:00

p.m. in Courtroom 12A for a conference.  The Court would like

the parties' views on a motion schedule, the impact of

Cipriani's bankruptcy proceeding, and the pending related state

action.

**SO ORDERED.**

Dated:    December 16, 2021
          New York, New York

_Loretta A. Preska_____
LORETTA A. PRESKA
Senior United States District Judge

1