```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| HARLEY HENDRIX,<br><br>                    Plaintiff,<br><br>-against-<br><br>CIPRIANI USA, INC., et al.,<br><br>                    Defendants. | No. 21-CV-4527(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

A status conference in this matter is currently scheduled for Wednesday, January 5, 2022, at 2:00 p.m.  (See dkt. no. 39.) The parties shall jointly inform the Court no later than Thursday, December 30, 2021, whether they consent to proceed remotely by teleconference.

If all parties consent to proceed remotely, the parties and the public may attend using the following information: Dial-in (877) 402-9753.  Access code:  6545179.

**SO ORDERED.**

Dated:     December 27, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1