UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARLEY HENDRIX,

                Plaintiffs,

-against-

CIPRIANI USA, INC., et al.,

                Defendants.

No. 21-CV-4527 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall appear for a teleconference on Tuesday, February 8, 2022 at 2:00 p.m.  The dial-in is (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    January 27, 2022
           New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge

1