UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARLEY HENDRIX,

                Plaintiff,

-against-

CIPRIANI USA, INC., et al.,

                Defendants.

No. 21-CV-4527 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    As set out on the record on February 16, 2022, the parties have settled the action. The Court will retain jurisdiction to administer the settlement. The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:    February 17, 2022
           New York, New York

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge

1